UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ramon Satyendra

        Plaintiff(s),

v.

University of Michigan, et. al.,

        Defendant(s).

Case No. 25-12973

Honorable F. Kay Behm

Magistrate Judge Elizabeth A. Stafford

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: September 19, 2025

s/F. Kay Behm
F. Kay Behm
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Laurie J. Michelson.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 19, 2025

s/ S Schoenherr
Deputy Clerk