UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ramon Satyendra

           Plaintiff(s),           Case No. 25-12973

v.           Honorable Laurie J. Michelson

University of Michigan et al           Magistrate Judge Elizabeth A. Stafford

           Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 23-12115. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Matthew F. Leitman and Magistrate Judge Curtis Ivy, Jr.

                      s/Laurie J. Michelson
                      Laurie J. Michelson
                      United States District Judge

                      s/Matthew F. Leitman
                      Matthew F. Leitman
                      United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: 9/22/2025           s/ S Schoenherr
                      Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Matthew F. Leitman