UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON SATYENDRA,

     Plaintiff,

                                           Case No. 25-cv-12973
v.                                    Hon. Matthew F. Leitman

UNIVERSITY OF MICHIGAN, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This case is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED**.

                           s/Matthew F. Leitman_____
                           MATTHEW F. LEITMAN
                           UNITED STATES DISTRICT JUDGE

Dated:  June 18, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 18, 2026, by electronic means and/or ordinary mail.

                           s/Holly A. Ryan_____
                           Case Manager
                           (313) 234-5126